IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JONATHAN LEE RICHES | ) | |
| | ) | |
| VS. | ) | 3-07-CV-1697-B |
| | ) | |
| ROE V. WADE, et al | ) | |

O R D E R

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions and Recommendation of the United States Magistrate Judge, I am of the opinion that the findings and conclusions of the Magistrate Judge are correct and they are accepted as the findings and conclusions of the Court.

IT IS, THEREFORE, ORDERED that the findings, conclusions and recommendation of the United States Magistrate Judge are accepted.

IT IS FURTHER ORDERED that Plaintiff's motion to proceed in forma pauperis is denied and the complaint will be dismissed as barred by three strikes under 28 U.S.C. § 1915(g), unless within ten (10) days of the date of this order Plaintiff tenders the $350.00 filing fee made payable to the United States District Clerk.

IT IS FURTHER ORDERED that Plaintiff's motion for a temporary restraining order, incorporated in his complaint, is DENIED and Plaintiff is WARNED that sanctions will be imposed if he persists in filing frivolous lawsuits in violation of the three-strike rule.

SIGNED this 6th day of December, 2007.

**JANE J. BOYLE
UNITED STATES DISTRICT JUDGE**